# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,  Crim. No. 10-165(3) (DSD/JJK)

        Plaintiff,

                              Order

v.

Stacie Marie Ott,

        Defendant.

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 10, 2010. No objections have been filed by defendant Stacie Marie Ott to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Stacie Marie Ott's Motion to Sever Defendant (Doc. No. 85), is **DENIED WITHOUT PREJUDICE**; and

2. Defendant Stacie Marie Ott's Motion for Disclosure of Co-Defendants' Statements (Doc. No. 77), is **DENIED**.

Date: September 30, 2010

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              U.S. District Court